KATHLEEN A. LEAVITT  
CHAPTER 13 BANKRUPTCY TRUSTEE  
201 Las Vegas Blvd. South, Suite 200  
Las Vegas, Nevada  89101  
Telephone:  (702) 853-0700  
E-Mail:  kal13mail@las13.com  

*Electronically Filed on  12/30/09*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re:                                                                ) BK-S 09-20806 LBR  
                                                                      ) Chapter 13  
ELOY M. SEDILLOS and ROBYN SEDILLOS,  )  
                                                                      ) Date:   January 28, 2010  
                        Debtor(s).                              ) Time:   2:30 p.m.  
_____)

**TRUSTEE'S RESPONSE TO MOTION PERMITTING DEBTORS TO MODIFY HOME LOAN**

COMES NOW the Chapter 13 Bankruptcy Trustee, Kathleen A. Leavitt, by and through her counsel of record, Sarah E. Smith, Esq., and files herewith her **Response to Motion Permitting Debtors to Modify Home Loan** as follows:

The Trustee has no objection to the Loan Modification.  However, Trustee requests that the Order regarding this Motion include a clear description of the subject real property, the new terms of the loan including the new principal balance, interest rate(s), any relevant adjustments to the interest rate, whether tax and insurance impounds are included, and the maturity date.

In addition, if the loan modification incorporates arrearages that would have normally been included in a Chapter 13 Plan, or the loan modification otherwise creates a necessity for a Plan modification, then the Trustee requests that a modified Plan be filed by the Debtor(s) within 10 days of entry of the Order.

DATED this ___30th___ day of December, 2009.

/s/      Sarah E. Smith  
SARAH E. SMITH, ESQ.  
Nevada Bar No. 10762  
201 Las Vegas Blvd. South, Suite 200  
Las Vegas, NV  89101  
Attorney for the Trustee,  
KATHLEEN A. LEAVITT

1

**CERTIFICATE OF SERVICE**

    I hereby certify that I am an employee of KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; that on the ____30th____ day of December, 2009, I served a copy of the foregoing **Trustee's Response** to each of the following by depositing a copy in the United States Mails at Las Vegas, Nevada, in sealed envelopes containing first class prepaid postage addressed as follows:

| | |
|---|---|
| ELOY M. SEDILLOS<br>4261 LAUREL PARK AVE.<br>LAS VEGAS, NV  89103 | GEORGE HAINES, ESQ.<br>HAINES & KRIEGER, LLC<br>1020 GARCES AVE., #100<br>LAS VEGAS, NV  89101 |
| ROBYN SEDILLOS<br>4261 LAUREL PARK AVE.<br>LAS VEGAS, NV  89103 | |

        /s/      Mickey J. Bell
        MICKEY J. BELL, an Employee of
        KATHLEEN A. LEAVITT
        CHAPTER 13 BANKRUPTCY TRUSTEE

2