**Entered on Docket**
**May 28, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust
2006-7 Home Equity Pass-Through Certificates, Series 2006-7
08-79129

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-20806-lbr |
|---|---|
| Eloy M. Sedillos and Robyn Sedillos | Date:  5/17/2010<br>Time: 9:30 am |
| Debtors. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-7 Home Equity Pass-Through Certificates, Series 2006-7, its assignees and/or successors in interest, of the subject property, generally described as 4261 Laurel Park Ave., Las Vegas, NV 89103.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.**

Submitted by:

**WILDE & ASSOCIATES**

By:_____ #10099

**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
David Krieger
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Lenard E Schwartzer
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
_____    The court waived the requirements of LR 9021.
_____    No parties appeared or filed written objections, and there is no trustee appointed in the case.
_____    No parties appeared or filed written objections, and the trustee is the movant.
__x_    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
         copy of this proposed order to all counsel who appeared at the hearing, and any trustee
         appointed in this case, any unrepresented parties who appeared at the hearing, and each has
         approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
_____    approved the form of this order          _____    disapproved the form of this order
_____    waived the right to review the order and/or    __x__    failed to respond to the document
_____    appeared at the hearing, waived the right to review the order
_____    matter unopposed, did not appear at the hearing, waived the right to review the order
Trustee:
_____    approved the form of this order          _____    disapproved the form of this order
_____    waived the right to review the order and/or    _x___    failed to respond to the document


_____    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
         counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
         parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
         respond, as indicated below.

Debtor's counsel:
_____    approved the form of this order          _____    disapproved the form of this order
_____    waived the right to review the order and/or    _____    failed to respond to the document
_____    appeared at the hearing, waived the right to review the order
_____    matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____    approved the form of this order          _____    disapproved the form of this order
_____    waived the right to review the order and/or    _____    failed to respond to the document

_____    I certify that I have served a copy of this order with the motion, and no parties appeared or filed
         written objection.


Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor